■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Appellant. [931 NYS2d 514]—

The defendant contends, and the People correctly concede, that contrary to the determination of the Supreme Court, his release to parole during the pendency of his motion for

resentencing pursuant to the 2009 Drug Law Reform Act, codified in CPL 440.46, did not render him ineligible for resentencing (*see People v Santiago*, 17 NY3d 246, 247-249 [2011]). Accordingly, we reverse the order appealed from, and remit the matter to the Supreme Court, Queens County, for further proceedings and a new determination of the defendant's motion to be resentenced pursuant to CPL 440.46 (*see People v Young*, 88 AD3d 917 [2011] [decided herewith]). Mastro, J.P., Balkin, Chambers and Sgroi, JJ., concur.